UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 15, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                                      )   Case No. 2:15-MJ-00237-AC
       Plaintiff,             )
v.                                        )   ORDER FOR RELEASE OF
                                      )   PERSON IN CUSTODY
KENYOTA DOKES,               )
                                      )
       Defendant.           )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENYOTA DOKES , Case No.  2:15-MJ-00237-AC , Charge  18USC § 641 & 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

    __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 15, 2015  at  2:00 pm .

                                    By  /s/ Allison Claire/s/ Allison Claire
                                           Allison Claire
                                           United States Magistrate Judge

Copy 2 - Court